**UNITED STATES of America,**
**Appellee,**

v.

**Cloyd Samuel RICHARDSON, Jr.,**
**Appellant.**

**No. 13133.**

United States Court of Appeals
Fourth Circuit.

Argued May 5, 1969.

Decided May 13, 1969.

Lloyd F. Baucom, Charlotte, N. C., (Court-appointed counsel) [Haynes, Graham & Baucom on brief], for appellant.

Joseph Cruciani, Asst. U. S. Atty., for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and CRAVEN, Circuit Judges.

PER CURIAM:

After considering the briefs and the argument of counsel, we find no reversible error.

Affirmed.